UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br>　　　　Plaintiff,<br>　　v.<br>SKENDER KRAJA,<br>　　　　Defendant. | Case No. 21-cv-03264-SVK<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE** |

There having been no recent activity in this case, Plaintiff is ordered to file a dismissal or statement no later than **April 19, 2022**, to show cause, if any, why the case should not be dismissed for failure to prosecute. The Parties are ordered to appear for a hearing on this order on **April 26, 2022, at 1:30 p.m.**

　　**SO ORDERED.**

Dated: April 4, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge